IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALEX SHCHUROV,

      Petitioner,               No. CIV-S-10-0112 KJM P

   vs.

PEOPLE OF THE STATE
OF CALIFORNIA,

      Respondent.             ORDER

/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has paid the filing fee.

        Petitioner challenges his Sacramento County conviction and twenty year sentence on the ground that evidence against him was obtained in a warrantless search of his home.

        Where a state provides a full and fair opportunity to litigate a Fourth Amendment claim, a state prisoner can not be granted habeas relief on grounds that evidence obtained through an unconstitutional search and seizure was introduced at his trial. <u>Stone v. Powell</u>, 428 U.S. 465, 489-95 (1976). Petitioner fails to point to anything suggesting he was not provided a full and fair opportunity to litigate his Fourth Amendment claim in state court. In contrast, it appears that petitioner litigated the issue below as it was the only issue raised on appeal from his

1

1  conviction.  See People v. Shchurov, 2009 WL 1145353 (2009).  This claim cannot support his
2  federal habeas petition.
3         Accordingly, IT IS HEREBY ORDERED that petitioner's application for a writ of
4  habeas corpus is denied.
5  DATED: April 6, 2010.

_____
U.S. MAGISTRATE JUDGE

2

shch0112.156

2